# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | September 13, 2021 |
| **TIME:** | 1:30 P.M. |
| **DOCKET NUMBER(S):** | CV-18-7177 (RJD) |
| **NAME OF CASE(S):** | **LU V NISEN SUSHI OF COMMACK, LLC, ET AL.** |
| **FOR PLAINTIFF(S):** | Zhu |
| **FOR DEFENDANT(S):** | Cassar |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | 1:32 - 1:49 COURTROOM 910 |

**RULINGS FROM MOTION HEARING:**

Hearing on Defendant's Motion to Set Aside Default/Vacate Default Judgment [28], continued from August 10, 2021.

Plaintiff's witness Steven C. Avery sworn, examined, cross-examined, and re-examined. Documents submitted into evidence. Defendants to file post-trial brief by October 20, 2021, Plaintiff to file response by November 19, 2021, Defendants' reply due by November 26, 2021.